IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DWAINE COLEMAN,

    Plaintiff,

-vs-                            Civil No. 17-cv-518-DRH

WARDEN LASHBROOK
AND MAJOR CARTER,

    Defendants.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Plaintiff Coleman's Complaint Pursuant to 42 U.S.C. § 1983, (Doc. 1).

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on December 12, 2017 (Doc. 22), the Court Grants Defendant's Motion to Dismiss for Lack of Prosecution (Doc. 16) and **DISMISSES** with prejudice this cause of action for failure to prosecute. Judgment is entered in favor of Defendants and against Plaintiff.

                                    JUSTINE FLANAGAN,
                                    ACTING CLERK OF COURT

                              BY:  s/Lisa M. Tidwell
                                    Deputy Clerk

**APPROVED:**                    Judge Herndon
                                    2017.12.12 14:22:13
                                    -06'00'

**U.S. DISTRICT JUDGE**
**U. S. DISTRICT COURT**